UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OUSMAN CHAM, | ) | CA 08 326 ML |
| Plaintiff | ) | |
| v. | ) | C.A. No. 08-______ |
| STATION OPERATORS, INC. | ) | |
| Defendant | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant, Station Operators, Inc., by and through its undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about May 6, 2008, the above-captioned action was filed by the Plaintiff against Defendant in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled *Ousman Cham v. Station Operators, Inc.*, C.A. No. PC08-3342. Plaintiff served the Complaint on Defendant Station Operators, Inc. on August 8, 2008. The action is now pending in the Superior Court. A copy of the Summons and Complaint, (collectively the "Pleadings") that were filed in the Superior Court are attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action arises under the laws of the United States, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. The complaint filed in this action sets forth, among other things, causes of action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, *et seq.*

4. This action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Upon information and belief, at the time Plaintiff commenced this action in the State Court and at the time of removal, he was and is a citizen of the State of Rhode Island. Defendant Station Operators, Inc. is a Delaware corporation with its principal place of business in Virginia and therefore is a citizen of the States of Delaware and Virginia for purposes of 28 U.S.C. § 1332.

5. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

6. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

7. In filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

WHEREFORE, Defendant, Station Operators, Inc, respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Ousman Cham v. Station Operators, Inc.*, C.A. No. PC08-3342, be removed from the Superior Court of the State of Rhode Island, Providence County, that this action proceed in this Court as a properly removed action and that the Defendant has such other and further relief as this Court may deem just and proper.

Dated: August 29, 2008

Defendant,

STATION OPERATORS, INC.,

By its Attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by first class mail, postage pre-paid, this 29th day of August, 2008 to:

George E. Babcock, Esq.
1525 Old Louisquisett Pike
Lincoln, RI 02865