STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3342 OUSMAN CHAM V STATION OPERATORS INC

Filing Date: 05-06-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 08-29-2008

Plaintiff: OUSMAN CHAM
ID: @11011866

Attorney: GEORGE BABCOCK

Defendant: STATION OPERATORS INC
ID: @11011867

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-06-2008 | COMPLAINT FILED | |
| 05-06-2008 | INITIAL FILING FEE | |
| 05-07-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP272964. |
| 08-29-2008 | NOTICE OF REMOVAL | |
| 08-29-2008 | CASE REMVD TO US DISTRICT CT | CA 08 326 |
| 08-29-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island