# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**OUSMAN CHAM**
      **Plaintiff,**

    **v.**                                      **C.A. 08-326ML**

**STATION OPERATORS, INC.**
      **Defendants.**

## JUDGMENT

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**

    **Judgment shall enter for defendant STATION OPERATORS, INC., against plaintiff OUSMAN CHAM, pursuant to the jury verdict published on July 28, 2011.**

                                                  Enter:

                                                  /s/ Kerrie Jackson
                                                  Deputy Clerk

DATE: **July 29, 2011**